**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Brian J. Cummings
535-617
ROSS CORRECTIONAL INST
P.O. Box 7010
Chillicothe, OH 45601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

**3. Service Type**
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

08-28
Dleft #37

**4. Restricted Delivery? (Extra Fee)**   ☐ Yes

**2. Article Number**
*(Transfer from service label)*

7002 3150 0000 8389 0606

PS Form 3811, August 2001            Domestic Return Receipt            102595-02-M-1540