**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 1:08-CV-248 STD |
| Total Postage & Fees | $ | Docs 39, 40 |

Sent To: Brian J. Cummings 535-617
Street, Apt. No.; or PO Box No.: Ross Correctional Inst.
City, State, ZIP+4: P.O. Box 7010 Chillicothe, OH 45601

7002 3150 8389 4864

PS Form 3800, June 2002     See Reverse for Instructions